

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00388-CR

Raul Aguero **AYALA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14466
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal and requests that he be permitted to withdraw as appellant's counsel. Counsel certifies he has served a copy of the brief on appellant and advised appellant of his right to review the record and file a pro se brief. Counsel also certifies that he has forwarded copies of the clerk's and reporter's records to appellant.

If appellant desires to file a *pro se* brief, he must do so within forty-five days from the date of this order. *See Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

_____
Karen Angelini, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court